AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
MAR 1 8 2020
CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Santana AYALA Jr.<br>09/03/1996 | Case No. 2:20-m-01115, 001 |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 17, 2020__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C 841(a)(1)<br>21 U.S.C 846 | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE APPROXIMATELY ELEVEN POINT FIVE-NINE (11.59) KILOGRAMS OF CRYSTAL METHAMPHETAMINE, A SCHEDULE II CONTROLLED SUBSTANCE, A VIOLATION OF 21 U.S.C 846 and 841(a)(1). |

This criminal complaint is based on these facts:
See Attachment.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nicholas Salardino, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/18/2020

_____
Judge's signature

City and state: Del Rio, Texas    Collis White, Magistrate Judge
Printed name and title

**United States of America**
**vs.**
**Julian MARTINEZ-VILLARREAL**
**12/29/1979**
**Santana AYALA Jr.**
**09/03/1996**
**Carlos Ignacio GARCIA-FRANCO**
**07/03/2000**
**Christopher Lee STEEN**
**11/02/1988**

## Attachment

On March 17, 2020, DEA agents established surveillance in the area of the "Fortune Cookie" Chinese restaurant in San Antonio, Texas in anticipation of a narcotics load, comprised of approximately nine (9) kilograms of crystal methamphetamine, being delivered by a narcotics courier. The courier was directed to the "Fortune Cookie" restaurant via a phone call placed by a DEA confidential source. A short time after that phone call was placed, the courier, in a black Ford Fusion, arrived at the predetermined meet location. Once the narcotics were observed in the vehicle agents initiated the arrest of the driver, identified as Santana AYALA Jr., and his male passenger, identified as Julian MARTINEZ-VILLARREAL. Following the arrest, the nine (9) kilograms, which had been previously agreed upon, were located in the courier vehicle, the black Ford Fusion. Following these arrests, agents were provided information that the narcotics had been retrieved from a white Nissan sport utility vehicle, with Mexico license plates, which agents were told was located at the South Park Mall between the Bealls and Sears stores. Agents were able to locate the vehicle along with a male subject, identified as, Carlos Ignacio GARCIA-FRANCO. Agents approached GARCIA-FRANCO for questioning and GARCIA-FRANCO freely admitted that he was hired to drive the vehicle containing the methamphetamine from Eagle Pass, Texas to San Antonio, Texas for $2,000. Between the three arrested subjects agents learned the white Nissan sport utility vehicle had been taken to a home located at 3218 Sunbird Bay where it originally had contained the nine (9) kilograms of crystal methamphetamine that was unloaded from an aftermarket compartment located in the white Nissan by AYALA Jr and a subject identified as Christopher STEEN. Agents were also told that a vehicle belonging to Julian MARTINEZ-VILLARREAL was located at 3218 Sunbird Bay. That vehicle was identified as a Chevrolet Silverado with Mexico license plates. Agents located the address of 3218 Sunbird Bay and the aforementioned Chevrolet Silverado was parked on the street in front of the house. As agents approached the vehicle and residence a male subject identified as Christopher STEEN emerged from the open, attached garage of 3218 Sunbird Bay. STEEN met agents at the entrance of the open garage doors for 3218 Sunbird Bay. Agents immediately identified the aroma of marijuana coming from the garage STEEN had exited from and observed in plain sight at the edge of the garage a gun lying on a table below a large shrine to Santa Muerte. Also observed in plain view was marijuana and multiple edged weapons such as swords and knives. Immediately,

agents detained Christopher STEEN. During a consent search of the residence, agents located packages of marijuana, multiple firearms, Xanax pills, and several more bundles of crystal methamphetamine. All four subjects were transported to the DEA office where they were each interviewed and provided statements to law enforcement.

_____ March 18, 2020.
Nicholas Salardino, SA
Drug Enforcement Administration


Sworn to before me, and subscribed in my presence,

_____ March 18, 2020
Collis White
United States Magistrate Judge
Western District of Texas