

REDACTED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2020 JUL -1 PM 1:23

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. |
| | § | **INDICTMENT** |
| v. | § § | |
| | § | [VIO: COUNT ONE: 21 U.S.C. § |
| | § | 841(a)(1) & (b)(1)(A) and 846, |
| SANTANA AYALA, JR. | § | Conspiracy to Possess With Intent to |
| CARLOS IGNACIO GARCIA-FRANCO | § | Distribute Methamphetamine; |
| JULIAN MARTINEZ VILLARREAL | § | COUNT TWO: 21 U.S.C. § 841(a)(1) & |
| CHRISTOPHER LEE STEEN | § | (b)(1)(A), Possession of |
| | § | Methamphetamine With Intent to |
| | § | Distribute; |
| | § | COUNT THREE: 21 U.S.C. §§ 952(a) |
| | § | and 960(a)(1) & (b)(1), and 963, |
| | § | Conspiracy to Import |
| | § | Methamphetamine; |
| | § | COUNT FOUR: 21 U.S.C. §§ 952(a) |
| | § | and 960(a)(1) & (b)(1), Importation of |
| | § | Methamphetamine.] |

**DR20CR1107**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846]

On or about March 17, 2020, in the Western District of Texas, Defendants,

SANTANA AYALA, JR.,
CARLOS IGNACIO GARCIA-FRANCO,
JULIAN MARTINEZ VILLARREAL,
CHRISTOPHER LEE STEEN,

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to the Grand Jury to possess with the intent to distribute a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or

substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A) and 846.

## COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(A)]

On or about March 17, 2020, in the Western District of Texas, Defendants,

SANTANA AYALA, JR.,
CARLOS IGNACIO GARCIA-FRANCO,
JULIAN MARTINEZ VILLARREAL,
CHRISTOPHER LEE STEEN,

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A).

## COUNT THREE
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963]

On or about March 17, 2020, in the Western District of Texas, Defendants,

SANTANA AYALA, JR.,
CARLOS IGNACIO GARCIA-FRANCO,
JULIAN MARTINEZ VILLARREAL,
CHRISTOPHER LEE STEEN,

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to the Grand Jury to import and cause to be imported a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or

substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(1), and 963.

COUNT FOUR
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1)]

On or about March 17, 2020, in the Western District of Texas, Defendants,

SANTANA AYALA, JR.,
CARLOS IGNACIO GARCIA-FRANCO,
JULIAN MARTINEZ VILLARREAL,
CHRISTOPHER LEE STEEN,

did knowingly, intentionally and unlawfully import into the United States from the Republic of Mexico, a place outside of the United States, a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(1).

A TRUE BILL,
ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
AMY M. HAIL
Assistant United States Attorney

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: <u>BEXAR</u>                    USAO #: <u>2020R04535</u>
DATE: <u>JULY 1, 2020</u>              MAG. CT. #: <u>DR20-1115M</u>
AUSA: <u>AMY M. HAIL</u>
DEFENDANT: <u>SANTANA AYALA, JR.</u>   **DR20CR1107**
CITIZENSHIP: <u>UNITED STATES</u>
INTERPRETER NEEDED: <u>NO</u>          LANGUAGE: <u>ENGLISH</u>
DEFENSE ATTORNEY: <u>ROY R. BARRERA, JR.</u>
ADDRESS OF ATTORNEY: <u>424 E. NUEVA STREET, SAN ANTONIO, TEXAS 78205</u>
DEFENDANT IS: <u>DETAINED</u>          DATE OF ARREST: <u>MARCH 17, 2020</u>
BENCH WARRANT NEEDED: <u>NO</u>
PROBATION OFFICER: <u>N/A</u>
NAME AND ADDRESS OF SURETY: <u>N/A</u>
YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>
PROSECUTION BY: <u>INDICTMENT</u>
OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute Methamphetamine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with intent to distribute Methamphetamine; Count 3 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963, Conspiracy to Import Methamphetamine; Count 4 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), Importation of Methamphetamine.</u>
OFFENSE IS A: <u>FELONY</u>
MAXIMUM SENTENCE: <u>For each count: 10 to life imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment for each count of conviction.</u>
PENALTY IS MANDATORY: <u>YES & NO</u>
REMARKS: <u>SEE ABOVE</u>
W/DT-CR-3

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: <u>BEXAR</u>  USAO #: <u>2020R04535</u>
DATE: <u>JULY 1, 2020</u>  MAG. CT. #: <u>DR20-1116M</u>
AUSA: <u>AMY M. HAIL</u>
DEFENDANT: <u>CARLOS IGNACIO GARCIA-FRANCO</u>
CITIZENSHIP: <u>UNITED STATES</u>

**DR 20 CR 1107**

INTERPRETER NEEDED: <u>NO</u>  LANGUAGE: <u>ENGLISH</u>
DEFENSE ATTORNEY: <u>LANCE OGUEJIOFOR ADUBA</u>
ADDRESS OF ATTORNEY: <u>2205 VETERANS BLVD., STE. A2, DEL RIO, TEXAS 78840</u>
DEFENDANT IS: <u>DETAINED</u>  DATE OF ARREST: <u>MARCH 17, 2020</u>
BENCH WARRANT NEEDED: <u>NO</u>
PROBATION OFFICER: <u>N/A</u>
NAME AND ADDRESS OF SURETY: <u>N/A</u>
YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>
PROSECUTION BY: <u>INDICTMENT</u>
OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute Methamphetamine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with intent to distribute Methamphetamine; Count 3 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963, Conspiracy to Import Methamphetamine; Count 4 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), Importation of Methamphetamine.</u>
OFFENSE IS A: <u>FELONY</u>
MAXIMUM SENTENCE: <u>For each count: 10 to life imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment for each count of conviction.</u>
PENALTY IS MANDATORY: <u>YES & NO</u>
REMARKS: <u>SEE ABOVE</u>
W/DT-CR-3

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: <u>BEXAR</u>               USAO #: <u>2020R04535</u>
DATE: <u>JULY 1, 2020</u>          MAG. CT. #: <u>DR20-1117M</u>
AUSA: <u>AMY M. HAIL</u>
DEFENDANT: <u>JULIAN MARTINEZ VILLARREAL</u>      **DR20CR1107**
CITIZENSHIP: <u>UNITED STATES</u>
INTERPRETER NEEDED: <u>NO</u>      LANGUAGE: <u>ENGLISH</u>
DEFENSE ATTORNEY: <u>SYLVIA ANN CAVAZOS</u>
ADDRESS OF ATTORNEY: <u>110 BROADWAY ST., SUITE 210, SAN ANTONIO, TX 78205</u>
DEFENDANT IS: <u>DETAINED</u>      DATE OF ARREST: <u>MARCH 17, 2020</u>
BENCH WARRANT NEEDED: <u>NO</u>
PROBATION OFFICER: <u>N/A</u>
NAME AND ADDRESS OF SURETY: <u>N/A</u>
YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>
PROSECUTION BY: <u>INDICTMENT</u>
OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute Methamphetamine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with intent to distribute Methamphetamine; Count 3 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963, Conspiracy to Import Methamphetamine; Count 4 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), Importation of Methamphetamine.</u>
OFFENSE IS A: <u>FELONY</u>
MAXIMUM SENTENCE: <u>For each count: 10 to life imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment for each count of conviction.</u>
PENALTY IS MANDATORY: <u>YES & NO</u>
REMARKS: <u>SEE ABOVE</u>
W/DT-CR-3

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: BEXAR  
USAO #: 2020R04535  
DATE: JULY 1, 2020  
MAG. CT. #: DR20-1118M  
AUSA: AMY M. HAIL  
DEFENDANT: CHRISTOPHER LEE STEEN  

**DR20CR1107**

CITIZENSHIP: UNITED STATES  
INTERPRETER NEEDED: NO  LANGUAGE: ENGLISH  
DEFENSE ATTORNEY: AMANDA I. HERNANDEZ  
ADDRESS OF ATTORNEY: 214 E. ASHBY PL., SAN ANTONIO, TX 78212  
DEFENDANT IS: DETAINED  DATE OF ARREST: MARCH 17, 2020  
BENCH WARRANT NEEDED: NO  
PROBATION OFFICER: N/A  
NAME AND ADDRESS OF SURETY: N/A  
YOUTH CORRECTIONS ACT APPLICABLE: NO  
PROSECUTION BY: INDICTMENT  
OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute Methamphetamine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with intent to distribute Methamphetamine; Count 3 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963, Conspiracy to Import Methamphetamine; Count 4 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), Importation of Methamphetamine.  
OFFENSE IS A: FELONY  
MAXIMUM SENTENCE: For each count: 10 to life imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment for each count of conviction.  
PENALTY IS MANDATORY: YES & NO  
REMARKS: SEE ABOVE  
W/DT-CR-3